160 A.3d 549

**DUYILE**

v.

**HUNTING RIDGE CONDO. ASS'N**

**Pet. Docket No. 554, Sept. Term, 2016**

Court of Appeals of Maryland.

May 22, 2017

(No. CAL16–29106, Circuit Court for Prince George's County.)

Petition for writ of certiorari denied.

■

160 A.3d 549

**DYSON, Antoine M.**

v.

**STATE of Maryland**

**Pet. Docket No. 632, Sept. Term, 2016**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2773, Sept. Term, 2014).

Petition for writ of certiorari dismissed.